# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

__Joshua Rico__
*Defendant*

Case No. 1:21-cr-00653-JB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Joshua Rico__, Defendant, understand that I am scheduled for a __Initial__ hearing on __05/17/2021__.
*nature of hearing*   *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 5/17/21

X _[signature]_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Kari Converse
*Printed name of defendant's attorney*

Kari Converse@fd.org
*Defendant's attorney's e-mail address*