# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 21-653 JB | UNITED STATES vs. Rico | |
| Hearing Date: | 5/19/2021 | Time In and Out: | 11:21 am-11:27 am |
| Courtroom Deputy: | C. Lopez | Digital Recording: | ABQ ZOOM |
| Defendant: | Joshua Rico | Defendant's Counsel: | Angelica Hall |
| AUSA: | Rumaldo Armijo | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, June 08, 2021
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Detention Hearing reset for 5/21/2021 per Defense request.